McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARY LYNNE GONZALES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. No. 1:19-cv-01545-GSA<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between plaintiff Mary Lynne Gonzales (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to further evaluate the medical and testimonial evidence; reassess Plaintiff's subjective symptom statements; reconsider Plaintiff's residual functional capacity as appropriate; take further action, as warranted, to complete the

1

Stipulation
No. 1:19-cv-01545-GSA

administrative record; complete the remaining steps of the sequential disability analysis as necessary; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 17, 2020            PENA & BROMBERG, PLC


By:/s/ Jonathan O. Pena*
JONATHAN O. PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Jun. 17, 2020]


Dated:  June 27, 2020           McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:/s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED.

Dated:   **June 27, 2020**                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation
No. 1:19-cv-01545-GSA

2